# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-164
_____

JOSHUA E. ROSE, Former
Husband,

    Appellant,

    v.

CHRISANNA L. ROSE, Former
Wife,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

June 26, 2019

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

E. Jane Brehany, Pensacola, for Appellant.

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Appellee.